# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 MAY 29 P 4: 33
CLERK OF COURT

(Full name of plaintiff(s))

Karin Nielsen
Lonnie Young

v.

(Full name of defendant(s))

Michael Steggeman
Steggeman Investments LLC.

Case Number: 25-C-0778
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __4300 N. 100th Street, Wauwatosa, WI. 53222__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Michael Steggeman__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __929 N. Astor St. Unit 2601 Milwaukee__
__WI. 53202__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Michael Steggeman: Steggeman Investments LLc.

2. Michael Steggeman (Landlord) Filed small claims Summon and Complaints for Eviction Multiple Times which were dismissed as Ambiguous or fradulent. Michael Steggeman Breach the Contract "Lease", He failed his Fiduciary duty to disclose building code violations that he was aware of before

Complaint – 2

Accepting a security deposit. Clearly retaliatory evictions because we exercise our rights.

3. We inter into the Lease on November 5th, 2018. Michael Steppenman filed the first eviction 10/26/2019 and several others from that date to this present date of 1/17/2024.

4. The residence at 4300 N. 100th Street Wauwatosa, WI. 53222

5. Because Lonnie Young filed a property maintenance complaint with the City of Wauwatosa, WI. Building and Safety division for multiple property code violations at this residence. Administrative code WI. State Statute ATCP 134.09. And Karin Nielsen suffered a severe injury due to his negligence to address the code violations. Plus failure to answer to my counterclaim

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

We, Karin Nielsen and Lonnie Young would ask the Court because of Michael Steggeman deliberate action negligence of carelessness to address the Code Violations. Essentially lead to harm and damage of our habitability of the premises. We are asking the Court for $78,900 in our Counterclaim because of default failure to address within the statute time line. Plus I Karin Nielsen "60,000" for my injury due to Code Violations. Plus double damages to our claims because the defendant knew about the Code Violations before entering into the Lease.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES    ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __29__ day of __May__ 20__25__.

Respectfully Submitted,

_____
Signature of Plaintiff

__414-779-9111__
Plaintiff's Telephone Number

__Karins1394@gmail.com__
Plaintiff's Email Address

__4300 N. 100th Street__
__Wauwatosa, WI  53222__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:25-cv-00778-LA    Filed 05/29/25    Page 5 of 6    Document 1

2nd: Plaintiff

Dated: May. 29th 2025

*Lonnie R. Young*

Phone: 414-998-3605

Address: 4300 N. 100th Street
Wauwatosa, WI. 53222

Email: younglonnie09atgmail.com